RECEIVED

FEB 1 5 2011

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| RANDY DALE HOLTON | 3:10-CV-0153 |
| VERSUS | JUDGE DONALD E. WALTER |
| OUACHITA CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be and is hereby **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this _14_ day of January, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE